# UNITED STATES DISTRICT COURT

for the     DISTRICT OF     New Jersey

UNITED STATES OF AMERICA

V.

STEPHEN SALVATORE INTRIERI

ORDER THAT DEFENDANT APPEAR IN DISTRICT OF PROSECUTION OR DISTRICT HAVING PROBATION JURISDICTION AND TRANSFERRING BAIL

CASE NUMBER:     13-2534(DEA)

CHARGING DISTRICTS CASE NUMBER:     CR 13-19(M-DLC)

The defendant having appeared before this Court and proceedings having been concluded and the defendant released;

IT IS ORDERED that the defendant be held to answer in the United States District Court for the District of MONTANA; and that the Clerk of Court shall transfer bail deposited into the Registry of this Court, to the Clerk of the USDC MISSOULA, 201 Broadway, Missoula, MT
                                                                                                         Place and Address

, for deposit into the registry of that Court.

The defendant shall appear at all proceedings as required. The defendant shall next appear at (if blank, to be notified) on     8/8/13 @ 1:30 PM
                                                     Date and Time

_[signature]_
Signature of Judge

July 10, 2013            Douglas E. Arpert, U.S.M.J.
Date                                        Name and Title of Judge